[No. 5932–1.   Division One.   April 26, 1979.]

BELLEVUE SCHOOL DISTRICT NO. 405, *Appellant,* v.
NARAMORE, BAIN, BRADY AND JOHANSON,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 826281, Jerome M. Johnson, J., entered
August 31, 1977. *Reversed* by unpublished opinion per
Dore, J., concurred in by Farris and Andersen, JJ.

[No. 6001–1.   Division One.   April 26, 1979.]

*In the Matter of the Marriage of* WILLIAM
W. RENTON, *Respondent, and* GRACE
RENTON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. D–94395, Barbara Durham, J., entered Sep-
tember 27, 1977. *Affirmed in part* and *reversed in part* by
unpublished opinion per Ringold, J., concurred in by
Williams and Andersen, JJ.

[No. 6055–1.   Division One.   April 26, 1979.]

BEA E. GRAVES, *Appellant,* v. GERALD
W. GRAVES, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. D–46729, H. Joseph Coleman, J., entered
October 17, 1977. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Andersen and Ringold, JJ.